IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01488-ZLW-MEH

CAROL BUNTIN,

    Plaintiff,

v.

CAMPTON-CAMERON, L.L.C., d/b/a KODI RAFTING,

    Defendant.

---

ORDER

---

In consideration of Plaintiff's Notice Of Settlement (Doc. No. 5) filed November 28, 2007, it is

ORDERED that the Order To Show Cause (Doc. No. 2) is discharged. It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before December 27, 2007. If by that date settlement papers have not been received by the Court, on January 3, 2008, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __30__ day of November, 2007.

                                                  BY THE COURT:

                                                *Zita L. Weinshienk*

                                                ZITA L. WEINSHIENK, Senior Judge
                                                United States District Court