IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01488-ZLW-MEH

CAROL BUNTIN,

    Plaintiff,

v.

CAMPTON-CAMERON, L.L.C., d/b/a KODI RAFTING,

    Defendant.

---

ORDER

---

The matter before the Court is a Motion To Dismiss With Prejudice signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the Motion To Dismiss With Prejudice (Doc. No. 7; Dec. 21, 2007) is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this __2__ day of January, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court